# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK DUNN and LOIS YATES,** | ) |
| Plaintiffs, | ) **CIVIL ACTION NO.** |
| v. | ) **1:18-cv-00190-LG-RHW** |
| **SKRMETTA MS, LLC, BTN, LLC, and PENN NATIONAL GAMING, INC.,** | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby give notice to the Court that they have resolved this matter. The parties therefore stipulate the case is dismissed with prejudice and each party will bear its own costs.

Respectfully submitted on March 18, 2019.

Respectfully submitted,

/s/ Bradley D. McAdory
Bradley D. McAdory (MS Bar No. 10545)
Attorneys for Disabled Americans Group LLC
4001 Carmichael Road, Suite 570
Montgomery, AL  36116
*Attorney for Plaintiffs*

s/Juan B. Hernandez
Juan B. Hernandez (MS Bar No. 104787)
David E. Gevertz *(admitted pro hac vice)*
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.**
One Eastover Center
Jackson, MS 39211
Email: jhernandez@bakerdonelson.com
*Attorneys for Defendants*