# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK DUNN and LOIS YATES,** | |
|    Plaintiffs, | **CIVIL ACTION NO.** |
| v. | **1:18-cv-00190-LG-RHW** |
| **SKRMETTA MS, LLC, BTN, LLC, and PENN NATIONAL GAMING, INC.,** | |
|    Defendants. | |

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Plaintiffs, Patrick Dunn and Lois Yates, and Defendants, Skrmetta MS, LLC, BTN, LLC, and Penn National Gaming, Inc., (collectively, Plaintiffs and Defendants shall be referred to as the "Parties") have announced to the Court a settlement of this case. The Court, being informed that the Parties have reached a compromise and settlement of all claims asserted against all parties in this cause, is of the opinion, and so finds, that this matter should be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**SO ORDERED,** this the 19th day of March, 2019.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Bradley D. McAdory*
BRADLEY D. MCADORY (MS Bar No. 10545)
ADA GROUP LLC
4001 Carmichael Road, Suite 570
Montgomery, AL 36106
Phone: (334) 819-4030
Fax: (334) 819-4032
Email: BDM@ADA-Firm.com
*Attorney for Plaintiffs*

/s/Juan B. Hernandez
Juan B. Hernandez (MS Bar No. 104787)
**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.**
One Eastover Center
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
Email: jhernandez@bakerdonelson.com
*Attorney for Defendants*

David E. Gevertz (GA Bar No. 292430)
**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd NE
Monarch Plaza, Suite 1600
Telephone: (404) 221-6512
Facsimile: (678) 406-8816
Email: dgevertz@bakerdonelson.com
*Admitted Pro Hac Vice for Defendants*